| | AUSA: Nhan Ho | Telephone: (313) 226-9100 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Brady Rees | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Malcolm BOSWELL

Case: **2:25-mj-30601**
Assigned To : **Unassigned**
Assign. Date : **9/22/2025**
Description: **USA v. SEALED (MC)**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 21, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Fellon in posession of ammunition |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Brady Rees, Special Agent (ATF)
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __September 22, 2025__

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon. Anthony P. Patti, U. S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Brady W. Rees, being first duly sworn, hereby state:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

2. I have been an ATF Special Agent since January 2016, and I have had extensive law enforcement training, including the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and ATF Special Agent Basic Training. Prior to becoming an ATF Special Agent, I was a police officer with the City of Novi, Michigan, for approximately three years. I also have a bachelor's degree in criminal justice.

3. As an ATF Special Agent, I have participated in numerous criminal investigations, including investigations involving firearms, armed drug trafficking, and criminal street gangs. I am familiar with, and have experience using, a variety of investigative techniques and resources, including physical and electronic surveillance, undercover and various types of informants, and cooperating sources.

4. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal

1

knowledge of the events and circumstances described herein, and information gained through my training and experience.

## PROBABLE CAUSE

5. ATF is investigating Malcolm BOSWELL for violating 18 U.S.C. § 922(g)(1) – being a felon in possession of ammunition.

6. According to law enforcement databases, BOSWELL has multiple felony convictions, including of assault with intent to murder, felon in possession of firearms, and felony firearms in 2014, for which he served more than a year in prison. Probable cause exists that BOSWELL knows that he is a convicted felon and is prohibited from possessing firearms and ammunition.

7. On June 21, 2025, a shooting occurred in a residential area on Wisconsin Street, Detroit, Michigan. Officers located at the scene an abandoned 2021 Chevy Traverse car with two bullet holes in the driver's door and eleven 9mm Sig fired shell casings in the area.

8. Witnesses in the area indicated that they heard a female screaming that she had been shot and observed a black male placing her in a car, which then fled away at a high rate of speed.

9. Figure 1 is a snapshot of home security footages obtained from the area. This shows the Chevy (indicated by the red arrow) parked outside with only one other occupied vehicle nearby, a grey SUV, which appeared to be a Toyota Sequoia

(indicated by the blue arrow). The SUV appeared to have a spare tire in the rear on the passenger's side (indicated by the blue circle). A female (indicated by the red circle) exited the Chevy, limping in pain and walking towards the Sequoia, seemingly indicating she was shot. (See Figure 1).



*Figure 1*

10. Starting about a minute later, the footages show the same gray SUV on the driver's side of the Chevy with driver's door ostensibly opened (based on the observed gap on the driver's side). (See Figure 2). Momentarily later, the door closed, and the SUV sped off. (See Figure 3).



*Figure 2*



*Figure 3*

3

11. According to Michigan Secretary of State database, BOSWELL owns a gray Toyota Sequoia. On June 9, 2025, BOSWELL was arrested on outstanding state warrants while driving this Toyota. BOSWELL's Toyota matches the gray SUV observed on the footages obtained from the June 21 shooting scene and similarly has a spare tire in the back on the passenger's side. (See Figure 4 below).



*Figure 4*

12. Several hours after the shooting, the Chevy's registered owner, Adult Victim 1 arrived at a hospital in Detroit with a gunshot wound to her right ankle. When interviewed at the hospital, Adult Victim 1 claimed that she shot while sleeping in her car in Detroit by random gun fire. However, on July 21, 2025, after being confronted with her relationship with BOSWELL, the car he drove, and the video footages from the shooting, Adult 1 said she was accidentally shot by BOSWELL, who tried to shoot out her car's tires during their argument.

13. After being provided with a verbal and visual description of the head stamps of the shell casings that were recovered from the June 21 shooting, an ATF Interstate Nexus Expert opined that the 9mm Sig ammunition to which those shell casings belong were manufactured outside of Michigan and thus had traveled in and affected interstate or foreign commerce.

## CONCLUSION

14. Probable cause exists that on June 21, 2025, in the Eastern District of Michigan, BOSWELL, as a convicted felon knowing his felony convictions, possessed 9mm Sig ammunition that had travelled in and affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Brady Rees
Special Agent, ATF

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge
September 22, 2025

5